J. CURTIS EDMONDSON (SBN 236105)
*jcedmondson@edmolaw.com*
**LAW OFFICES OF J. CURTIS EDMONDSON**
Beaverton Plaza Bldg
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Tel.: 503-336-1749
Fax: 503-482-7418

Attorney for Plaintiff, Jeffrey Sherid

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffrey Todd Sherid, an individual,<br>　　　　　　Plaintiffs,<br><br>v.<br>Derek Steiner, an individual,<br>Productivity Media (US) INC.,<br>Radiant Films International, LLC.,<br><br>　　　　　　Defendants. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

### INTRODUCTION

1. Jeffrey Todd Sherid ("Plaintiff" or "Sherid") created and wrote an original feature film script in 2016 entitled "Locker 418" ("Sherid's Work"). Locker 418 is a horror/thriller drama set in a storage complex. Locker 418 was shopped to production companies and optioned by Dichotomy Development in 2017. Sherid applied for and was granted a copyright registration as PAu004139149.

2. Unit 234 is thriller starring Don Johnson and Isabella Furhman. Unit 234 had a theatrical release in the United States in 2025 and is now released on Prime Video and through other distribution outlets.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

1

3. The script for Locker 418 was circulated in the industry, including Dichotomy Development, LLC and industry executives and employees had access to the Locker 418 script.

4. The development of Unit 234 starting approximately 2022 and was first release in 2025 in the United States.

5. The released copy of the Unit 234 in 2025 is a derivative work of the copyrighted Locker 418 Script.

6. The author, production company, and the sales company of Unit 234 did not acquire a license to use in whole or in part of the Locker 418 Script.

7. Sherid now seeks compensation for the infringement of Sherid's work, Locker 418, which was and is infringed by Unit 234.

## PARTIES

8. Plaintiff Jeffrey Sherid ("Sherid") is an individual and a resident of Henderson, Nevada.

9. Defendant Derek Steiner ("Steiner") is an individual who, upon information and belief is a resident of Los Angeles, California. Steiner is the alleged author of the script for Unit 234.

10. Defendant Productivity Media (US) Inc. ("Productivity") is a California Corporation located in Burbank, California. Productivity is the production for Unit 234 and as such was instrumental in turning Steiner's script, into the movie Unit 234.

11. Defendant Radiant Films International, LLC ("Radiant") is a California Corporation located in Burbank, California. Radiant is responsible for promoting and selling the movie Unit 234.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

## JURISDICTION AND VENUE

12. This is a civil action arising primarily under the Copyright Act, 17 U.S.C § 101, *et seq.*, for copyright infringement.

13. This Court has jurisdiction over the subject matter of Plaintiffs' claims pursuant to 28 U.S.C. § 1338 and 28 U.S.C. § 1331. This Court has personal jurisdiction over Defendants, as Defendants reside in this judicial district and do business in this judicial district, the claims asserted herein arose in this judicial district, and this Court has long arm jurisdiction over Defendants.

14. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) in that a substantial portion of the events or omissions giving rise to the claims alleged herein occurred in the Central District of California. Further, on good faith and belief, all defendants are resident of the Los Angeles Area.

## FACTUAL BACKGROUND

15. Sherid is the owner of the copyrighted script Locker 418. See Ex. 1). Sherid completed his original script, Locker 418 in 2016. Locker 418 was optioned to Dichotomy, and the project was circulated in the industry in order to raise financing. If Locker 418 was to be produced by Dichotomy, or another production company, Sherid was to receive a minimum of $75,000.00 and additional compensation depending revenues.

16. Steiner had access to the script for "Locker 418" as a result of his industry relationships.

17. Steiner wrote the script for Unit 234 using Locker 418 as source material.

18. Unit 234 went into production in 2022 and received a limited foreign release in 2024 and a US release in 2025 in theaters, on Amazon Prime, and other distribution channels.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Substantial Similarities

19.     The script for Locker 418 and the Unit 234 movie are at least substantially similar in the following manner:

|   | Locker 418 Script | Page | T/C | Unit 234 Movie |
|---|---|---|---|---|
| 1 | Moving truck moving through suburban streets, arriving at storage facility, buzzing to be let in. | 4 | 00:00 | White van travels through traffic and suburban arriving at storage facility and buzzes in to let in. |
| 2 | Brad, mouth still taped, is on a gurney being wheeled through the corridors of a storage facility. | 59 | 00:49 | Body on a gurney is pushed through the corridors of the storage facility. |
| 3 | Brad and Jessica in the front seat of the U-Haul driving to the storage facility.  They are in an argument about Brad's laziness and not being responsible.  (Both the movie – Unit 234 and the script - Locker 418 depict a relationship between boyfriend and girlfriend, both discuss being responsible). | 5 | 1:16 | A young woman (Laurie) talks on her phone to her boyfriend.  There is tension in this relationship because he can't believe Laurie is staying home from her birthday celebration and being "responsible." |
| 4 | Establishing shots of the storage facility. Close up on the sign "Open from Sunrise to Sunset" | 1 | 3:10 | Establishing shots of the storage facility as Laurie arrives. Close up on sign "Open 24 Hours" |
| 5 | Relationship between Jessica and Brad seems to be over.  They show emotional strain as they | 5 | 5:15 | Laurie stores suitcases in a storage unit while taking a call from her |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

4

| | | | | | |
|---|---|---|---|---|---|
| | | take his belongings for storage. | | | boyfriend. Obvious emotional strain. |
| | 6 | Key relationship between brothers as a motivator which works in the same way across both stories – general note. (Building Managers) | | 6:30 | Construction site – we meet the gang. Two gang members are brothers – this is a key relationship later. |
| | 7 | The 50 Gal. drums are leaking creating a puddle on the floor. | 70 | 11:18 | Laurie notices a puddle of liquid spilling out of a unit. |
| | 8 | Water drips from broken pipes. | 76 | 11:35 | Laurie has seen water pooling form from broken pipes. |
| | 9 | A man tries to use his phone to light the corridor after the lights have gone out. He drops his phone and it smashes on the ground. | 3 | 12:10 | Laurie climbs up on a pile of furniture to access the ceiling crawl space. While balanced on the tower of furniture she thinks she can hear something echoing through the ceiling crawl space as she falls to the floor hurting herself, which results in her cell phone smashing. |
| | 10 | Locker number 418 reveal in corridor shot. | 20 | 14:20 | Reveal the unit number 234 where she thinks the noise in coming from and using her passkey, she goes to open the door and then changes her mind. |
| | 11 | We pan through lockers identifying what people keep in their lockers. We | 1 | 15:33 | Revealing locker contents, Laurie begins to empty an |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

| | | | | |
|---|---|---|---|---|
| | then see a mover removing a picture in a frame from a storage locker. | | | old locker, keeping a framed picture for herself. |
| 12 | CCTV watching the corridors – this is a recurring element. Jessica, while in the hallway of the facility looks up only to notice a red light coming from the security camera. She tells James - they are watching us. | 2<br><br>66 | 16:00 | Just before breaking into unit 234 Jules (head bad guy) notices a security camera recording them and decides to go to the office. |
| 13 | Brad waits at the counter impatiently as no one is there, Jessica arrives and asks "what's taking so long", the manager finally arrives and the discussion about their unit ensues. | 13 | 16:37 | Jules is waiting impatiently in the office for assistance. Laurie, outside, sees his car and runs to the office. Discusses lost key to the unit. |
| 14 | James enters a locker, hears a whimpering coming from within, curious, he opens a hatch and finds a teenaged girl inside. | 57 | 21:40 | Laurie hears a beeping sound from inside a locker unit. Opening the door, she sees the gurney with a man's foot and arm clearly hanging out under the sheet covering his body. |
| 15 | A man sits in a locker collecting himself. Suddenly the overhead light blows out plunging him into darkness. Firstly, using a lighter, then his cell phone torch he navigates through the corridors. His phone falls to the floor and breaks. | 3 | 21:44 | There is clearly a drip attached to the body. Moving further into the unit she pulls the string to turn on the light which flashes on before burning out startling her even more. She turns and runs through the |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

|    |    |    |    |    |
|----|----|----|----|----|
|    |    |    |    | corridors to collect a flashlight from the tools box she left in another locker having broken her phone earlier. |
| 16 | A man is strapped to a gurney. | 51 | 22:20 | Rushing back through the corridors she turns on the flashlight and tentatively moves towards the body strapped to a gurney. |
| 17 | James brings the girl out of the unit, laying her on some blankets, he looks down only to discover a 4" incision in her lower back where her kidney would have been removed. The closeup reveals a very crudely stitched up wound. | 57 | 23:05 | The man on the gurney reveals a bandage. He has clearly had a kidney removed. Laurie pulls off the bandage revealing a large scar that has been crudely stitched up. |
| 18 | "Boom" as generator goes out and the facility is plunged into darkness. | 36 | 26:36 | The main lights in the corridor suddenly shut off with a boom. Exterior view shows all the lights in the facility are being systematically switch off. |
| 19 | CCTV observing. This is a recuring image. | 2 | 27:40 | Laurie notices the CCTV screens showing two of Jules thugs killing the power again. |
| 20 | James shines a light into a unit, reveals an eerie makeshift operating room complete with a surgical | 74 | 30:21 | Specialist bad guy reveals his medical tools used for |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

7

|  | | | | |
|---|---|---|---|---|
|  | table. We reveal all the knives and implements. | | | harvesting organs laid out on a gurney. |
| 21 | A man chases Jessica and Stephanie through the maze of corridors. The man grabs Stephanie and violently attacks her. Jessica grabs the claw hammer off the floor and swings hard, planting it into the side of the manager's head. This is the nearly fatal attack on the brother that inspire brutal vengeance by his sibling. | 88 | 36:06 | Injured man fights one of the thugs and stabs him in the neck. Injured man is shot in the foot but manages to escape down a corridor. Thug chases with neck wound. This is the fatal attack on the brother that inspire brutal vengeance by his sibling. |
| 22 | Jessica sees an eerie shadow appear as a shadow passing the frosted glass window. | 49 | 40:47 | Laurie freezes in her apartment as she sees a shadow of a figure slowly passing the window. |
| 23 | Jessica says to James, "First thing we need to do is get out of here and call the police" | 69/70 | 42:04 | Laurie and injured man discuss getting out of here and contacting the police. |
| 24 | A sinister figure drags a body through the corridor into a locker. | 80 | 53:17 | Bad guy pushes the dead body of the thug brother down a corridor on a dolly to hide in a locker unit. |
| 25 | James runs down the hallway, broken glass crunches under his feet. | 56 | 56:25 | Jules walks into the office, glass crunching under his feet from the broken door window. |
| 26 | Brad is laying on the floor, duct tape over his mouth | 49 | 57:22 | Sinister bad guy puts Laurie in the unit |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

8

|    | | | | |
|----|---|---|---|---|
|    | and his hands are tied with plastic zip ties. | | | securing her with zip ties. |
| 27 | James, Jessica and Stephanie are locked in a unit by the bad guys. James rushes into the door and pounds on it and screams "open the door". | 72 | 64:42 | Laurie slams her body against the locked door to try to escape. |
| 28 | Stephanie cuts through her zip ties and prepares to escape the locker. | 51 | 66:02 | Laurie cuts the zip ties and climbs on a table to reach the crawl space to escape |
| 29 | James lies flat on his back on a table, his legs, arms and mouth are bound. The bad guy looks down on James, a scalpel appears into view. | 79 | 69:15 | Injured man lies on the gurney, bound and gagged. Jules stands over him, revealing a scalpel in his hand. |
| 30 | James notices the building manager and begins to chase after him with a pipe in hand, James reaches the manager and slams him in the head with the pipe, knocking him unconscious. | 68 | 72:05 | Laurie swings the bat at Jules knocking him unconscious. |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

## CLAIM FOR RELIEF
## COUNT ONE: COPYRIGHT INFRINGEMENT

20. Sherid repeats and re-alleges each of the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

21. Sherid owns the Copyright Registration '149 for the Locker 418 script.

22. Defendants' copying of the Sherids' copyright protected materials and preparation of unlawful derivative works based thereon, for use on and with Unit 234 and its advertising/promotional materials, constitute copyright infringement pursuant to 17 U.S.C. § 501.

23. Defendants' acts of infringement has damaged Sherid.

24. Defendants are each jointly and severally liable for Plaintiffs' reasonable royalty and actual damages, or statutory damages, pursuant to 17 U.S.C. § 504.

25. Defendants' unauthorized use of the Locker 418 Script threatens Plaintiffs' exclusive right to prepare further derivative works therefrom, and monetary damages are insufficient to prevent Plaintiffs from suffering immediate and irreparable harm due to the continuing threat of ongoing infringement by Defendants for which Plaintiffs have no adequate remedy at law.

26. Plaintiffs are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all issues so triable.

Dated: October 18, 2025          Respectfully submitted,

/s/ J. Curtis Edmondson
J. Curtis Edmondson
jcedmondson@edmolaw.com
Attorney for Plaintiffs

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

# PRAYER FOR RELIEF

**WHEREFORE**, Sherid respectfully pray for the following relief:

A. An order awarding Sherid all damages sustained under 17 U.S.C. § 504(a)-(b) in an amount to be proven at trial including lost profits and profits of Defendants attributable to the acts of infringement of Sherid's Work, but no less that the reasonable licensing value of Sherid's Work in the amount of $ 75,000.00;

B. Injunctive Relief under 17 U.S.C. §§ 502-503 including, but not limited to, the destruction of all derivative works that infringe Sherid's Work;

C. An order awarding pre-and post-judgment interest; and

D. All other relief to which Sherid may be entitled or the Court may deem appropriate.

Dated: October 18, 2025            Respectfully submitted,

/s/ J. Curtis Edmondson
J. Curtis Edmondson
jcedmondson@edmolaw.com
Attorney for Plaintiffs

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# EX.1

SHERID's COPYRIGHT CERTIFICATE AND REGISTRATION

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**Registration Number**

# PAu 4-139-149

**Effective Date of Registration:**
June 01, 2022
**Registration Decision Date:**
July 07, 2022

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

    **Title of Group:** Locker 418 and 1 Other Unpublished Work

    **Content Title:** Locker 418
                             Finding Louie

### Completion/Publication

    **Year of Completion:** 2017

### Author

-     **Author:** Jeff Sherid
    **Author Created:** Dramatic Works
    **Citizen of:** United States
    **Domiciled in:** United States

### Copyright Claimant

    **Copyright Claimant:** Jeff Sherid
                              7767 hollywood blvd, #204, Los Angeles, CA, 90046, United States

### Certification

    **Name:** Jeff Sherid, Author
    **Date:** June 01, 2022

---

    **Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements

have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.